UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Case No. 2:11-cr-20425
                                            Hon. Robert H. Cleland

v

JOSHUA RAMON,

       Defendant.
_____/

## ORDER FOR WAGE ASSIGNMENT

This matter having come before the Court upon the agreement of the parties, and the Court finding cause, now therefore,

IT IS ORDERED that defendant, **Joshua Ramon** shall assign **$25.00** *per week*, from his *weekly* wages, for application against the judgment in this case; and

IT IS FURTHER ORDERED that **Auto Warehousing** shall deduct the sum of **$25.00** per weekly pay period from the *gross* weekly wages of **Joshua Ramon,** whose social security number is XXX-XX-0974; and

IT IS FURTHER ORDERED that **Auto Warehousing** shall remit the monies so deducted to the Clerk of the Court – Eastern District of Michigan, 5th Floor, Theodore Levin US Courthouse and Federal Building, 231 W. Lafayette, Detroit, MI 48226; and

IT IS FURTHER ORDERED that the Clerk of the Court shall disburse these

funds in accordance with the provisions of the judgment in this case; and

    IT IS FURTHER ORDERED that this order shall remain in effect until such time as the judgment in this case is paid in full, **Joshua Ramon** is no longer employed with, or working for, **Auto Warehousing** or further order of the Court; and

    IT IS FURTHER ORDERED that the United States shall promptly serve a copy of this order on the defendant and on **Auto Warehousing,** 22400 Vreeland Road, Trenton, Michigan, 48183.

Dated: January 25, 2016        s/Robert H. Cleland
                                        HONORABLE ROBERT H. CLELAND
                                         United States District Judge